USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DR. AMINA HASSAN,             :
             Plaintiff,        :
                               :    19 Civ. 5161(LAP)
     v.                        :
                               :    ORDER
STATION 10 LLC, et al.,        :
                               :
             Defendants.       :
----------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

In light of the mediator's informing the Court that the case has settled, the Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

SO ORDERED.

Dated:   New York, New York
         November 26, 2018

                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge